### COMMONWEALTH of Pennsylvania, Respondent

v.

### Joseph D. MARCY, Petitioner

### No. 505 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

### Scott F. LINDE, as Trustee of the Scott F. Linde Family's Corporation Trust, Petitioner

v.

### Eric LINDE and Linde Enterprises, Inc., a Pennsylvania Corporation, Respondents

### No. 492 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

### COMMONWEALTH of Pennsylvania, Respondent

v.

### Robert Harry THOMAS, Petitioner

### No. 484 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Motion to Answer are DENIED.